## Krol, et al., Appellants, *v.* Insurance Company of North America.

Argued June 10, 1975. *Stephen A. Cozen,* with him *Francis E. Marshall,* and *Orlofsky, Cozen & Begier,* and *Marshall, Dennehey & Warner,* for appellants; *Theodore W. Flowers,* with him *Francis P . Devine, III,* and *White and Williams,* for appellee.

Judgment affirmed.